AT &T
P.O. Box 650098
Dallas, TX 75265-0098

AT &T
P.O. Box 8112
Aurora, IL 60507-8112

AT &T
C/O Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231

AT &T
P.O. Box 567
Saint Louis, Mo 63188-0567

AT &T
P.O. Box 8100
Aurora, IL 60507-8100

AT &T C/O Allied Interstate
P.O. Box 1954
Southgate, MI 48195-0954

AT &T C/O Allied Interstate
P.O. Box 361598
Columbus, OH 43236-1598

AT &T C/O Omnium Worldwide, Inc.
P.O. Box 956842
St. Loius, MO 63195

AT &T C/O Omnium Worldwide, Inc.
7171 Mercy Road
Omaha, NE 68106

AT& T
P.O. Box 660011
Dallas, TX 75266-0011

Auto World of Greenwood
402 E.Main Street
Greenwood, IN 46143

Bank of New  York
C/O Countrywide Home Loans
P.O. Box 660694
Dallas, TX 75266-0694

Bank of New York
C/O Countrywide Home Loans
7105 Corporate Drive
Plano, TX 75024-4100

Bank of New York
C/O Countrywide Home Loans
P.O. Box 8239
Van Nuys, CA 91409-8239

Bestbuy
Retail Services
P.O. Box 5238
Carol Stream, IL 60197-5238

Bestbuy
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521

Centra Credit Union
1430 National Road
Columbus, IN 47201

Centra Credit Union
P.O. Box 789
Columbus, IN 47202-0789

Chase Bank USA, N.A./ Coldwater Cre
C/O NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Chase Bank USA, N.A./Coldwater Cree
P.O. Box 94014
Palatine, IL 60094-40014

Chase Bank USA, N.A. Coldwater Cree
P.O. Box 94014
Palatine, IL 60094-4014

Chase Bank USA, N.A. Coldwater Cree
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A./ Coldwater Cre
C/O ERC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Chase Bank USA, N.A./Coldwater Cree
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A./Coldwater Cree
C/O ERC P.O. Box 1967
 P.O. Box 1967
Southgate, MI 48195-0967

Chase Bank USA, N.A./Coldwater Cree
C/O NCO Financial Systems, Inc
P.O. Box 15081
Wilmington, DE 19850-5740

Citibank Business Card
P.O. Box 44180
Jacksonville, FL 32231

Citibank Business Card
C/O United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929

Citibank Business Card
C/O United Recovery Systems, Inc.
5800 North Course Drive
Houston, TX 77072

Citibank Business Card
C/O GC Services
P.O. Box 261000
San Diego, CA 92196

Citibank Business Card
C/O United Recovery Systems
P.O. Box 722910
Houston, TX 77272

Citibank Business Card
P.O. Box 688901
Des Moines, IA 50368

Citifinancial
C/O NCO
1804 Washington Blvd.
Mailstop 450 #03
Baltimore, MD 21230

Citifinancial
P.O. Box 70918
Charolette, NC 28272-0918

Citifinancial
P.O. Box 6931
The Lakes, NV 88901-6931

Citifinancial
Bankruptcy Dept.
P.O. Box 140069
Irving, TX 75014-0069

Citifinancial Retail Services
P.O, Box 22060
Tempe, AZ 85285-2060

Citifinancial Retail Services
P.O. Box 183041
Columbus, OH 43218-3041

Citizen's Bank
33 N. Indiana Street
Mooresville, IN 46158

Community Health Network
Community Hospital
P.O. Box 19202
Indianapolis, IN 46219

Community Hospital
9500 Reliable Parkway
Chicago, IL 60686-0095

Country Wide Home Loans
P.O. Box 650694
Dallas, TX 75266-0694

Country Wide Home Loans
C/O Unterberg & Associates
8050 Cleveland Place
Merrillville, IN 46410

Deutsche Bank Trust
C/O Dennis Ferguson -Attorney
2035 Reading Road
Cincinnati, OH 45202

Deutsche BankTrust
C/O Homecoming Home Loans
7105 Corporate Dr.
Plano, TX 75024-4100

```
Doc Key & Sons Construction
1325 W. 30th Street
Indianapolis, IN 46208

DOC Keys & Sons Construction
C/O John S. Merlau- Attorney
P.O. Box 406
31 E. Main Street
New Palestine, Indiana 46163

Erie insurance
C/O RMS
77 Hartland Street, Suite 401
P.O. Box 280431
East Hartford, CT 06128-0431

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

Federated Insurance
P.O. Box 64304
St. Paul, MN 55164-0304

Free Town Watch Products, Ltd
11388 Monticook Court
San Diego, CA 92127

Bank of New York
C/O Phillip A. Norman, P.C.
2110 North Calumet Avenue
Valparaiso, IN 46383

GMAC Mortgage
P.O. Box 79135
Phoenix, AZ 85062-9135

GMAC Mortgage
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213-1407
```

GMAC Mortgage
P.O. Box 9001719
Louisville, KY 40290-1719

GMAC Mortgage/ 1st Horizon Home Loa
P.O. Box 4622
Waterloo, IA 50704-4622

HFC
P.O. Box 1053-K
Carol Stream, IL 60197-4153

HFC
9725 East Washington Street
Indianapolis, IN 46229

HSBC
P.O. Box 81622
Salinas, CA 83912-1622

HSBC Bank Nevada N.A./Bestbuy
C/O Account Solutions Group, LLC
205 Bryant Woods South
Amherst, NY 14228

HSBC  C/O Atlantic Credit & Finance
P.O. Box 13386
Roanoke, VA 24033-3386

HSBC Bank Nevada N.A./Bestbuy
C/O Account Solutions Group, LLC
6341 Inducon Drive East
Sanborn, NY 14132

HSBC Bank Nevada, N.A./Bestbuy
C/O Account Solutions Group, LLC
P.O. Box 628
Buffalo, NY 14240-0628

HSBC C/O Atlantic Credit & Finance
P.O. Box 12966
Roanoke, VA 24030-2966

HSBC Gold Mastercard
C/O Atlantic Credit & Finance Incor
P.O. Box 11887
Roanoke, VA 24022-1887

HSBC
P.O. Box 5222
Carol  Stream, IL 60197-5222

HSBC/ Best Buy
C/O ARS
1845 Hwy. 93 South , #310
Kalispell, MT 59901

Indianapolis Water
1220 Waterway Blvd.
P.O. Box 2330
Indianapolis, IN 46206

Johnson County Treasurer
Tax Processing Center
P.O. Box 7039
Indianapolis, IN 46207-7039

Key Bank Business Card
P.O. Box 90004
Des Moines, IA 50368-90004

Key Bank Commercial Loan
P.O. Box 94525
Cleveland, OH 44101-4525

Key Bank, N.A.
P.O. Box 94968
Cleveland, OH 44101-4968

```
Keybank Commercial Loan
P.O. Box 94831
Cleveland, OH 44101-4831

Leasecomm
10-M Commerce Way
Woburn, MA 01801

Leasecomm
P.O. Box 4036
Woburn, MA 01801

Marcia L. Ryan
7327 Acton Road
Indianapolis, IN 46259

Marcia L. Ryan
7327 Acton Road
Indianapolis, IN 46259

Marcia L. Ryan
7327 Acton Road
Indianapolis, IN 46259

Marcia L. Ryan
7327 Acton Road
Indianapolis, IN 46259

Marcia L. Ryan
7327 Acton RoD
Indianapolis, IN 46259

Marcia L. Ryan
7327 Acton Road
Indianapolis, IN  46259
```

```
                  Marcia L. Ryan
                  7327 Acton Road
                  Indianapolis, IN 46259

                  Marcia L. Ryan
                  7327 Acton Road
                  Indianapolis, IN 46259

                  Marcia L. Ryan
                  7327 Acton Road
                  Indianapolis, IN 46259

                  Marcia L. Ryan
                  7327 Acton Road
                  Indianapolis, IN 46259

                  Marcia L. Ryan
                  7327 Acton Road
                  Indianapolis, IN 46259

                  Marcia L. Ryan
                  7327 Acton Road
                  Indianapolis, IN 46259

                  Merchant Services
                  7300 Chapman Highway
                  Knoxville, TN 37920

                  PA Labs, LLC
                  P.O. Box 7002
                  Muncie, IN 47308-7002

                  Pauls Auto & Tire Repair, Inc.
                  2525 North Oceana Dr.
                  Hart, MI 49420
```

St. Francis Hospital & Health CTRS
2020 Lindell Ave.
Nashville, TN 37203-5509

St. Francis Hospital & Health CTRS.
P.O. Box 660041
Indianapolis, IN 46266-001

Times Leader Publications, LLC
301 Main Street
Beech Grove, IN 46107

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

T-Mobile
C/O AmSher Collection Services, Inc
600 Beacon Pkwy W., Suite 300
Birmingham , AL 35209-3120

U. S. Bank
C/O ASC
P.O. Box 5106
Springfield, OH 45501-5106

U.S. Bank
C/O Feiwell & Hannoy
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204

U.S. Bank
C/O ASC
P.O. Box 5106
Springfield, OH 45501-5106

U.S. Bank
C/O SPS
P.O. Box 65450
Salt Lake City, UT 84165-0450

```
U.S.Bank
C/O Feiwell & Hannoy
251 N.Illinois Street, Suite 1700
Indianapolis, IN 46204

U.S.Bank
C/O Feiwell & Hannoy
251 N. Illinois Street, Suite 1700
Indianpolis, IN 46204

U.S. Bank N.A.
C/O Feiwell & Hannoy
251 N. Illinois Street, Suite 1700
Indianpolis, IN 46204

Vectren Energy Delivery
P.O. Box 6248
Indianapolis, IN 46206-6248

Village Shops
1 Elm Tree Ct.
Greenwood, IN 46142

Wells Fargo Financial
P.O. Box 98784
Las Vegas, NV 98784

Wells Fargo Financial
7813 South US 31
Indianapolis, IN 46227-5904

Yehuda Diamond Co.
C/O Rubin & Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Yehuda Diamond Co.
590 Fifth Avenue
*th Floor
New York, NY 10036
```

Yellow Book
P.O. 3162
Cedar Rapids, IA 52406-3162

Yellow Book
C/O Rauch-Miliken International, In
P.O. Box 8390
Metairie, LA 70011-8390

Yellow Book
P.O. Box 6448
Carol Stream, IL 60197-6448

Yellow Book
2560 Renaissance Blvd.
King of Prussia, PA 19406

Yellow Book
6300 C. Street, SW
Cedar Rapids, IA 52404

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ryan, Jr., Alfred, Eugene** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**a/k/a Gene Ryan**<br>**a/k/a Alfred Eugene Ryan**<br>**f/d/b/a Ryan Creations** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **2155** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7327 Acton Road**<br>**Indianapolis, IN**<br>ZIP CODE **46259** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Alfred Eugene Ryan, Jr.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | **X   Not Applicable** _____<br>      Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Alfred Eugene Ryan, Jr.** |
|---|---|

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **/s/ Alfred Eugene Ryan, Jr.**<br>   Signature of Debtor    **Alfred Eugene Ryan, Jr.**<br><br>X **Not Applicable**<br>   Signature of Joint Debtor<br><br>   Telephone Number (If not represented by attorney)<br>**2/18/2008**<br>   Date | X **Not Applicable**<br>   (Signature of Foreign Representative)<br><br><br>   (Printed Name of Foreign Representative)<br><br><br>   Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/Gary L. Dilk**<br>   Signature of Attorney for Debtor(s)<br><br>**Gary L. Dilk   Bar No.   4750-49**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Gary L. Dilk, Attorney at Law**<br>Firm Name<br><br>**608 East Market Street Indianapolis, Indiana 46202**<br>Address<br><br><br>**317-631-6866**       **317-685-2329**<br>Telephone Number<br>**2/18/2008**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address<br><br>X **Not Applicable** |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>   Signature of Authorized Individual<br><br><br>   Printed Name of Authorized Individual<br><br><br>   Title of Authorized Individual<br><br><br>   Date |    Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6A (Official Form 6A) (12/07)

In re:  **Alfred Eugene Ryan, Jr.**                                        Case No. _____
                                                                                                    (If known)
                          Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1560 E. Naomi Street Indianapolis, IN 46203. Purchased 9/2006 for $57,600.00. Held as tenants by entirety; 2 story; 3br; 1-1/2 ba; no gar; Debtor believes property now worth $50,000.00 based upon its condition and comparable sales; Assessor values property at $55,800.00; Parcel #1065928. Foreclosure Judgment rendered on 8/21/07 for $61,251.85 plus costs and interest. 49D02-0706-MF-025450 | Fee Owner | J | $ 50,000.00 | $ 61,251.85 |
| 2348 Villa  Avenue, Indianapolis, IN 46203. Purchased 1998 for $55,000.00. Held at tenants by entirety. Refinanced 8/14/05 for $70,200.00. 1 story; 3 br; 1 ba; 1 car gar; Debtor believes property now worth $70,000.00 based upon its condition and comparable sales. Assessor values property at $43,500.00; Parcel # 1014834. Debtor to surrender house. Pending Foreclosure Case- 49D13-0711-MF-049126. | Fee Owner | | $ 70,000.00 | $ 69,002.00 |
| 7327 Acton Road, Indianapolis, IN 46259. Purchased 2001 for $198,000.00. Held as tenants by entirety. Refinanced on 4/26/04 for $258,400.00. 1 story; 3 br; 3 ba; 2 car gar; Debtor believes property now worth $325,000.000 based upon its condition and comparable sales. Assessor values property at $179,300.00; Parcel # 3005778. Debtor to surrender house. Foreclosure  Judgment rendered on 10/29/07 for $262,517.77 plus costs and interests. | Fee Owner | | $ 325,000.00 | $ 312,150.31 |
| | | Total  ➤ | $ 445,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Alfred Eugene Ryan, Jr.** _____,    Case No. _____
                                        **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank- Checking** | J | **36.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Key Bank- Checking- Former Business Acct.** | J | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Key Bank- Checking- Rental Property Acct.** | J | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Key Bank-Checking- Personal** | J | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods - Value of Debtor's 1/2 share.** | | **1,200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DVD's/ VHS's/ CD's** | | **50.00** |
| 6. Wearing apparel. | | **Wearing Apparel** | | **200.00** |
| 7. Furs and jewelry. | | **Wedding Rings/ Jewelry** | H | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **3 Shotguns** | H | **100.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **9 mm Pistol** | H | **25.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **Horse Riding Equipment/ Accessories - Value of Debtor's 1/2 share.** | J | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **First Colony Life Insurance - Term** | H | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Alfred Eugene Ryan, Jr.** _____ ,      Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Dunken's Diamond, Inc. 401(k) Rollover Retirement Plan (12/31/07 Statement)** | H | **7,832.70** |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Reis-Nichols 401(k) Retirement Plan (12/31/07 Statement)** | H | **2,190.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Ryan Creations, Inc. defunct corp.; ceased business 3/07; loose diamonds and colored stones and 3 watches- $750.00; no receivables-business debt app. $100,00.00** | J | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Alfred Eugene Ryan, Jr.** _____,          Case No. _____
                                                    Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1990 Chevy S-10- Debtor's 1/2 share (68,000 miles)** | J | **375.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Jeep Grand Cherokee Debtor's 1/2 share** | J | **5,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **5 Horses - Value of Debtor's 1/2 share.** | J | **100.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawn Mower - Value of Debtor's 1/2 share.** | J | **100.00** |
| Other personal property of any kind not already listed. Itemize. | | **Tools** | H | **100.00** |

___2___ continuation sheets attached          Total  ➢  | **$ 17,928.70** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Alfred Eugene Ryan, Jr.**                                     ,        Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1990 Chevy S-10- Debtor's 1/2 share (68,000 miles) | Ind. Code § 34-55-10-2(c )(2) | 375.00 | 375.00 |
| 2004 Jeep Grand Cherokee Debtor's 1/2 share | Ind. Code § 34-55-10-2(c )(2) | 5,000.00 | 5,000.00 |
| 3 Shotguns | Ind. Code § 34-55-10-2(c )(2) | 100.00 | 100.00 |
| 5 Horses - Value of Debtor's 1/2 share. | Ind. Code § 34-55-10-2(c )(2) | 100.00 | 100.00 |
| 9 mm Pistol | Ind. Code § 34-55-10-2(c )(2) | 25.00 | 25.00 |
| Cash on Hand | Ind. Code § 34-55-10-2(c )(2) | 20.00 | 20.00 |
| Chase Bank- Checking | Ind. Code § 34-55-10-2(c )(2) | 36.00 | 36.00 |
| Dunken's Diamond, Inc. 401(k) Rollover Retirement Plan (12/31/07 Statement) | Ind. Code § 34-55-10-2(c )(2) | 7,832.70 | 7,832.70 |
| DVD's/ VHS's/ CD's | Ind. Code § 34-55-10-2(c )(2) | 50.00 | 50.00 |
| Horse Riding Equipment/ Accessories - Value of Debtor's 1/2 share. | Ind. Code § 34-55-10-2(c )(2) | 100.00 | 100.00 |
| Household Goods - Value of Debtor's 1/2 share. | Ind. Code § 34-55-10-2(c )(2) | 1,200.00 | 1,200.00 |
| Key Bank- Checking- Former Business Acct. | Ind. Code § 34-55-10-2(c )(2) | 0.00 | 0.00 |
| Key Bank- Checking- Rental Property Acct. | Ind. Code § 34-55-10-2(c )(2) | 0.00 | 0.00 |
| Key Bank-Checking- Personal | Ind. Code § 34-55-10-2(c )(2) | 0.00 | 0.00 |
| Lawn Mower - Value of Debtor's 1/2 share. | Ind. Code § 34-55-10-2(c )(2) | 100.00 | 100.00 |
| Reis-Nichols 401(k) Retirement Plan (12/31/07 Statement) | Ind. Code § 34-55-10-2(c )(2) | 2,190.00 | 2,190.00 |
| Tools | Ind. Code § 34-55-10-2(c )(2) | 100.00 | 100.00 |
| Wearing Apparel | Ind. Code § 34-55-10-2(c )(2) | 200.00 | 200.00 |
| Wedding Rings/ Jewelry | Ind. Code § 34-55-10-2(c )(2) | 500.00 | 500.00 |

B6D (Official Form 6D) (12/07)

In re  **Alfred Eugene Ryan, Jr.**                                    .          Case No. _____

                                    **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Auto World of Greenwood** <br> **402 E.Main Street** <br> **Greenwood, IN 46143** | | | **2/4/08** <br> **Auto loan** <br> **2004 Jeep Grand Cherokee** <br> **Debtor's 1/2 share** <br><br> **VALUE $5,000.00** | | | | **1,965.96** | **0.00** |
| ACCOUNT NO. <br><br> **Bank of New York** <br> **C/O Phillip A. Norman, P.C.** <br> **2110 North Calumet Avenue** <br> **Valparaiso, IN 46383** <br><br> **Bank of New York** <br> **C/O Countrywide Home Loans** <br> **P.O. Box 8239** <br> **Van Nuys, CA 91409-8239** <br><br> **Bank of New  York** <br> **C/O Countrywide Home Loans** <br> **P.O. Box 660694** <br> **Dallas, TX 75266-0694** <br><br> **Bank of New York** <br> **C/O Countrywide Home Loans** <br> **7105 Corporate Drive** <br> **Plano, TX 75024-4100** | **X** | **J** | **4/26/04** <br> **1st Mortgage** <br> **7327 Acton Road, Indianapolis, IN 46259. Purchased 2001 for $198,000.00. Held as tenants by entirety. Refinanced on 4/26/04 for $258,400.00. 1 story; 3 br; 3 ba; 2 car gar; Debtor believes property now worth $325,000.000 based upon its condition and comparable sales. Assessor values property at $179,300.00; Parcel # 3005778. Debtor to surrender house. Foreclosure  Judgment rendered on 10/29/07 for $262,517.77 plus costs and interests.** <br><br> **VALUE $325,000.00** | | | | **262,517.77** | **0.00** |

2      continuation sheets
       attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $      **264,483.73** | $              **0.00** |
| $ | $ |

(Report also on Summary of  (If applicable, report
Schedules)                        also on Statistical
                                       Summary of Certain
                                       Liabilities and
                                       Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Alfred Eugene Ryan, Jr.**                                    Case No. _____
                                                                                                      **(If known)**
                                        **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Mortgage | | | | **unknown** | **0.00** |
| **Country Wide Home Loans C/O Unterberg & Associates 8050 Cleveland Place Merrillville, IN 46410**<br><br>**Country Wide Home Loans P.O. Box 650694 Dallas, TX 75266-0694** | | | **1560 E. Naomi Street Indianapolis, IN 46203. Purchased 9/2006 for $57,600.00. Held as tenants by entirety; 2 story; 3br; 1-1/2 ba; no gar; Debtor believes property now worth $50,000.00 based upon its condition and comparable sales; Assessor values property at $55,800.00; Parcel #1065928. Foreclosure Judgment rendered on 8/21/07 for $61,251.85 plus costs and interest. 49D02-0706-MF-025450** | | | | | |
| | | | **VALUE $50,000.00** | | | | | |
| ACCOUNT NO. | X | J | 8/14/05 | | | | **69,002.00** | **1,180.48** |
| **Deutsche Bank Trust C/O Dennis Ferguson -Attorney 2035 Reading Road Cincinnati, OH 45202**<br><br>**Deutsche BankTrust C/O Homecoming Home Loans 7105 Corporate Dr. Plano, TX 75024-4100** | | | **Mortgage 2348 Villa Avenue, Indianapolis, IN 46203. Purchased 1998 for $55,000.00. Held at tenants by entirety. Refinanced 8/14/05 for $70,200.00. 1 story; 3 br; 1 ba; 1 car gar; Debtor believes property now worth $70,000.00 based upon its condition and comparable sales. Assessor values property at $43,500.00; Parcel # 1014834. Debtor to surrender house. Pending Foreclosure Case- 49D13-0711-MF-049126.** | | | | | |
| | | | **VALUE $70,000.00** | | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | | |
|---|---|---|
| $ | **69,002.00** | $ | **1,180.48** |
| $ | | $ | |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Alfred Eugene Ryan, Jr.**_____.        Case No. _____

                              **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**GMAC Mortgage/ 1st Horizon Home Loan**<br>**P.O. Box 4622**<br>**Waterloo, IA 50704-4622**<br><br><br>**GMAC Mortgage**<br>**P.O. Box 9001719**<br>**Louisville, KY 40290-1719**<br><br>**GMAC Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ 85062-9135**<br><br>**GMAC Mortgage**<br>**6716 Grade Lane**<br>**Building 9, Suite 910**<br>**Louisville, KY 40213-1407** | J | | **46/30/06**<br>**2nd Mortgage**<br>**7327 Acton Road, Indianapolis, IN 46259. Purchased 2001 for $198,000.00. Held as tenants by entirety. Refinanced on 4/26/04 for $258,400.00. 1 story; 3 br; 3 ba; 2 car gar; Debtor believes property now worth $325,000.000 based upon its condition and comparable sales. Assessor values property at $179,300.00; Parcel # 3005778. Debtor to surrender house. Foreclosure  Judgment rendered on 10/29/07 for $262,517.77 plus costs and interests.**<br>_____<br>**VALUE $325,000.00** | | | | 49,632.54 | 12,849.69 |

Sheet no.  2 of  2 continuation          Subtotal  ⮞
sheets attached to Schedule of          (Total of this page)
Creditors Holding Secured
Claims


Total  ⮞
(Use only on last page)

| | |
|---|---|
| $       **49,632.54** | $       **12,849.69** |
| $     **383,118.27** | $      **14,030.17** |

(Report also on Summary of   (If applicable, report
Schedules)                            also on Statistical
                                          Summary of Certain
                                          Liabilities and
                                          Related Data.)

**B6E (Official Form 6E) (12/07)**

In re   **Alfred Eugene Ryan, Jr.**                                         Case No. _____
                              Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Alfred Eugene Ryan, Jr.**                                                    Case No. _____

_____                                                    (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Johnson County Treasurer<br>Tax Processing Center<br>P.O. Box 7039<br>Indianapolis, IN 46207-7039** | X | J | **2006-2007 Business Personal Property Taxes** | | | X | **1,488.90** | **1,488.90** | **0.00** |

Sheet no.  1  of  1  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ **1,488.90** | $ **1,488.90**  $ **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **1,488.90** | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **1,488.90**  $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Alfred Eugene Ryan, Jr.**
_____
                                Debtor

Case No. _____
                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 644.36 |
| **AT &T** **C/O Allied Interstate** **3000 Corporate Exchange Drive** **Columbus, OH 43231** **AT &T C/O Allied Interstate** **P.O. Box 361598** **Columbus, OH 43236-1598** **AT &T C/O Allied Interstate** **P.O. Box 1954** **Southgate, MI 48195-0954** **AT &T C/O Omnium Worldwide, Inc.** **7171 Mercy Road** **Omaha, NE 68106** **AT &T C/O Omnium Worldwide, Inc.** **P.O. Box 956842** **St. Loius, MO 63195** **AT& T** **P.O. Box 660011** **Dallas, TX 75266-0011** **AT& T** **P.O. Box 8100** **Aurora, IL 60507-8100** | | | **2006-2007 Business Phone Expenses** | | | | |

_13_   Continuation sheets attached

Subtotal ➢ |$  644.36

Total ➢ |$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                     Case No. _____

_____
                 **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AT &T**<br>**P.O. Box 650098**<br>**Dallas, TX 75265-0098**<br><br>**AT &T**<br>**P.O. Box 567**<br>**Saint Louis, Mo 63188-0567** | X | J | **2006-3/07 Business Advertising Expenses- Yellowpages.com** | | | | 70.00 |
| ACCOUNT NO.<br><br>**AT &T**<br>**P.O. Box 8112**<br>**Aurora, IL 60507-8112** | X | J | **2006-2007 Business Advertsising - Yelow Pages** | | | | 1,325.68 |
| ACCOUNT NO.<br><br>**Centra Credit Union**<br>**P.O. Box 789**<br>**Columbus, IN 47202-0789**<br><br>**Centra Credit Union**<br>**1430 National Road**<br>**Columbus, IN 47201** | | H | **Defiency upon 2001 Ford F-150 Truck; repossessed 12/07** | | | | 4,000.00 |
| ACCOUNT NO.<br><br>**Centra Credit Union**<br>**P.O. Box 789**<br>**Columbus, IN 47202-0789** | | H | **Defiency on repossession of 1998 RV.** | | | | unknown |

Sheet no.  1  of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $                5,395.68

Total  ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.** _____     Case No. _____
                                    Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | W | | | | X | 3,105.69 |
| Chase Bank USA, N.A./ Coldwater Creek C/O ERC 8014 Bayberry Road Jacksonville, FL 32256-7412 <br><br> Chase Bank USA, N.A./Coldwater Creek C/O ERC P.O. Box 1967 P.O. Box 1967 Southgate, MI 48195-0967 <br><br> Chase Bank USA, N.A./Coldwater Creek P.O. Box 94014 Palatine, IL 60094-40014 <br><br> Chase Bank USA, N.A./Coldwater Creek P.O. Box 15298 Wilmington, DE 19850-5298 | | | 2006 Personal Purchases | | | | |
| ACCOUNT NO. | | W | | | | X | 4,498.75 |
| Chase Bank USA, N.A./Coldwater Creek C/O NCO Financial Systems, Inc P.O. Box 15081 Wilmington, DE 19850-5740 <br><br> Chase Bank USA, N.A./ Coldwater Creek C/O NCO Financial Systems 507 Prudential Road Horsham, PA 19044 <br><br> Chase Bank USA, N.A. Coldwater Creek P.O. Box 94014 Palatine, IL 60094-4014 <br><br> Chase Bank USA, N.A. Coldwater Creek P.O. Box 15298 Wilmington, DE 19850-5298 | | | 2006 Business Charges | | | | |

Sheet no.  2  of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ›   $    **7,604.44**

Total   ›   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                    Case No. _____
_____                              _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 6,022.11 |
| **Citibank Business Card** **C/O United Recovery Systems** **P.O. Box 722929** **Houston, TX 77272-2929** | | | **2005-2006 Business Charges** | | | | |
| **Citibank Business Card** **C/O United Recovery Systems, Inc.** **5800 North Course Drive** **Houston, TX 77072** | | | | | | | |
| **Citibank Business Card** **C/O United Recovery Systems** **P.O. Box 722910** **Houston, TX 77272** | | | | | | | |
| **Citibank Business Card** **P.O. Box 688901** **Des Moines, IA 50368** | | | | | | | |
| **Citibank Business Card** **P.O. Box 44180** **Jacksonville, FL 32231** | | | | | | | |
| **Citibank Business Card** **C/O GC Services** **P.O. Box 261000** **San Diego, CA 92196** | | | | | | | |

Sheet no.  3 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                              **6,022.11**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**  Case No. _____
_____
**Debtor**  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | **5,772.44** |
| **Citifinancial** **P.O. Box 6931** **The Lakes, NV 88901-6931** **Citifinancial** **P.O. Box 70918** **Charolette, NC 28272-0918** **Citifinancial** **Bankruptcy Dept.** **P.O. Box 140069** **Irving, TX 75014-0069** **Citifinancial** **C/O NCO** **1804 Washington Blvd.** **Mailstop 450 #03** **Baltimore, MD 21230** | | | **2006 Personal Loan** | | | | |
| ACCOUNT NO. | | W | | | | X | 1,851.44 |
| **Citifinancial Retail Services** **P.O. Box 183041** **Columbus, OH 43218-3041** **Citifinancial Retail Services** **P,O, Box 22060** **Tempe, AZ 85285-2060** | | | **2006 Personal Purchases** | | | | |
| ACCOUNT NO. | | H | | | | | **unknown** |
| **Citizen's Bank** **33 N. Indiana Street** **Mooresville, IN 46158** | | | **Deficency upon 2001 Mercedes; repossessed 9/07** | | | | |

Sheet no. 4 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **7,623.88**

Total ➤ $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Alfred Eugene Ryan, Jr.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 987.04 |
| **Community Hospital** **9500 Reliable Parkway** **Chicago, IL 60686-0095** **Community Health Network** **Community Hospital** **P.O. Box 19202** **Indianapolis, IN 46219** | | | **10/2007 Medical Services** | | | | |
| ACCOUNT NO. | X | J | | | | | 1,904.93 |
| **DOC Keys & Sons Construction** **C/O John S. Merlau- Attorney** **P.O. Box 406** **31 E. Main Street** **New Palestine, Indiana 46163** **Doc Key & Sons Construction** **1325 W. 30th Street** **Indianapolis, IN 46208** | | | **2006 Repairs to Property** | | | | |
| ACCOUNT NO. | X | J | | | | | 819.00 |
| **Erie Insurance** **100 Erie Insurance Place** **Erie, PA 16530** **Erie insurance** **C/O RMS** **77 Hartland Street, Suite 401** **P.O. Box 280431** **East Hartford, CT 06128-0431** | | | **2006-2007 Insurance Premiums for Rental Properties** | | | | |

Sheet no.  5  of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **3,710.97**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                      Case No. _____
_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 445.23 |
| **Federated Insurance** **P.O. Box 64304** **St. Paul, MN 55164-0304** | | | **3/2007 Business Insurance Premiums** | | | | |
| ACCOUNT NO. | | J | | | | X | 2,400.00 |
| **Free Town Watch Products, Ltd** **11388 Monticook Court** **San Diego, CA 92127** | | | **2006 Business Inventory Expenses** | | | | |
| ACCOUNT NO. | | W | | | | X | 11,825.31 |
| **HFC** **P.O. Box 1053-K** **Carol Stream, IL 60197-4153** **HFC** **9725 East Washington Street** **Indianapolis, IN 46229** | | | **2006 Line of Credit used for Business Operations** | | | | |

Sheet no. 6 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **14,670.54**

Total ➢ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                              Case No. _____
_____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | W | | | | X | 3,246.83 |
| **HSBC Bank Nevada, N.A./Bestbuy C/O Account Solutions Group, LLC P.O. Box 628 Buffalo, NY 14240-0628** | | | **2006 Business Charges** | | | | |
| **HSBC Bank Nevada N.A./Bestbuy C/O Account Solutions Group, LLC 6341 Inducon Drive East Sanborn, NY 14132** | | | | | | | |
| **HSBC Bank Nevada N.A./Bestbuy C/O Account Solutions Group, LLC 205 Bryant Woods South Amherst, NY 14228** | | | | | | | |
| **Bestbuy Retail Services P.O. Box 5238 Carol Stream, IL 60197-5238** | | | | | | | |
| **Bestbuy Retail Services P.O. Box 15521 Wilmington, DE 19850-5521** | | | | | | | |
| **HSBC/ Best Buy C/O ARS 1845 Hwy. 93 South , #310 Kalispell, MT 59901** | | | | | | | |

Sheet no. _7_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    **3,246.83**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                                                Case No. _____
                                                                    **Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | W | | | | X | 2,282.66 |
| **HSBC Gold Mastercard** **C/O Atlantic Credit & Finance Incorp.** **P.O. Box 11887** **Roanoke, VA 24022-1887** **HSBC  C/O Atlantic Credit & Finance Inc.** **P.O. Box 13386** **Roanoke, VA 24033-3386** **HSBC C/O Atlantic Credit & Finance Inc.** **P.O. Box 12966** **Roanoke, VA 24030-2966** **HSBC** **P.O. Box 5222** **Carol  Stream, IL 60197-5222** **HSBC** **P.O. Box 81622** **Salinas, CA 83912-1622** | | | **2006 Business Charges** | | | | |
| ACCOUNT NO. | X | J | | | | | 95.36 |
| **Indianapolis Water** **1220 Waterway Blvd.** **P.O. Box 2330** **Indianapolis, IN 46206** | | | **Utilities for rental property** | | | | |
| ACCOUNT NO. | X | J | | | | | 3,487.47 |
| **Key Bank Business Card** **P.O. Box 90004** **Des Moines, IA 50368-90004** **Key Bank, N.A.** **P.O. Box 94968** **Cleveland, OH 44101-4968** | | | **2006 Personal Guarantee on Business Credit Card Debt** | | | | |

Sheet no.  8 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩  $                  **5,865.49**

Total  ⟩  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                          Case No. _____
_____
                                    **Debtor**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 58,629.00 |
| **Key Bank Commercial Loan** P.O. Box 94525 Cleveland, OH 44101-4525 **Keybank Commercial Loan** P.O. Box 94831 Cleveland, OH 44101-4831 | | | **2005 Personal Guarantee on Business Loan** | | | | |
| ACCOUNT NO. | | W | | | | X | 522.55 |
| **Leasecomm** P.O. Box 4036 Woburn, MA 01801 **Leasecomm** 10-M Commerce Way Woburn, MA 01801 | | | **2006 Personal Guarantee for Business Credit Card Machine** | | | | |
| ACCOUNT NO. | X | J | | | | | 8.50 |
| **Merchant Services** 7300 Chapman Highway Knoxville, TN 37920 | | | **2007 Business Credit Card Processing fees** | | | | |
| ACCOUNT NO. | | H | | | | | 307.50 |
| **PA Labs, LLC** P.O. Box 7002 Muncie, IN 47308-7002 | | | **1/08 Medical Services** | | | | |

Sheet no. _9_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $      **59,467.55**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                               Case No. _____
                                                                                          **(If known)**
                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pauls Auto & Tire Repair, Inc.**<br>**2525 North Oceana Dr.**<br>**Hart, MI 49420** | X | J | **2007 Storage fees for RV** | | | X | 0.00 |
| ACCOUNT NO.<br><br>**St. Francis Hospital & Health CTRS.**<br>**P.O. Box 660041**<br>**Indianapolis, IN 46266-001**<br><br>**St. Francis Hospital & Health CTRS**<br>**2020 Lindell Ave.**<br>**Nashville, TN 37203-5509** | | H | **10/5/2007 Medical Services** | | | | 860.17 |
| ACCOUNT NO.<br><br>**Times Leader Publications, LLC**<br>**301 Main Street**<br>**Beech Grove, IN 46107** | X | J | **3/2007 Business Advertising Expenses** | | | | 839.05 |
| ACCOUNT NO.<br><br>**T-Mobile**<br>**C/O AmSher Collection Services, Inc.**<br>**600 Beacon Pkwy W., Suite 300**<br>**Birmingham , AL 35209-3120**<br><br>**T-Mobile**<br>**P.O. Box 742596**<br>**Cincinnati, OH 45274-2596** | | W | **2007 Cellular Telephone Services** | | | X | 291.81 |

Sheet no. <u>10</u> of <u>13</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **1,991.03**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                          Case No. _____
                              Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | **unknown** |
| **U. S. Bank**<br>**C/O ASC**<br>**P.O. Box 5106**<br>**Springfield, OH 45501-5106**<br><br>**U.S.Bank**<br>**C/O Feiwell & Hannoy**<br>**251 N. Illinois Street, Suite 1700**<br>**Indianpolis, IN 46204** | | | **Deficiency on repossession of rental property 603 Orange Street, Indianapolis, IN** | | | | |
| ACCOUNT NO. | X | J | | | | | **unknown** |
| **U. S. Bank**<br>**C/O ASC**<br>**P.O. Box 5106**<br>**Springfield, OH 45501-5106**<br><br>**U.S.Bank**<br>**C/O Feiwell & Hannoy**<br>**251 N.Illinois Street, Suite 1700**<br>**Indianapolis, IN 46204** | | | **Defiency on repossession of rental property 1644 Nelson Ave. , Indianapolis IN** | | | | |
| ACCOUNT NO. | X | J | | | | | **unknown** |
| **U.S. Bank**<br>**C/O ASC**<br>**P.O. Box 5106**<br>**Springfield, OH 45501-5106**<br><br>**U.S. Bank**<br>**C/O Feiwell & Hannoy**<br>**251 N. Illinois Street, Suite 1700**<br>**Indianapolis, IN 46204** | | | **Defiency on repossession of rental property 1253 Cameron Street, Indianapolis, IN** | | | | |

Sheet no. _11_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                    Case No. _____
_____
                    **Debtor**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | unknown |
| **U.S. Bank** **C/O SPS** **P.O. Box 65450** **Salt Lake City, UT 84165-0450** **U.S. Bank N.A.** **C/O Feiwell & Hannoy** **251 N. Illinois Street, Suite 1700** **Indianpolis, IN 46204** | | | Defiencey on repossession of rental property 1425 Terrace Ave, Indianapolis, IN | | | | |
| ACCOUNT NO. | X | J | | | | X | 0.00 |
| **Vectren Energy Delivery** **P.O. Box 6248** **Indianapolis, IN 46206-6248** | | | 3/2007 Business Utility Expenses | | | | |
| ACCOUNT NO. | X | J | | | | | 12,600.00 |
| **Village Shops** **1 Elm Tree Ct.** **Greenwood, IN 46142** | | | Personal guarantee for business lease | | | | |
| ACCOUNT NO. | | W | | | | X | 1,033.00 |
| **Wells Fargo Financial** **P.O. Box 98784** **Las Vegas, NV 98784** **Wells Fargo Financial** **7813 South US 31** **Indianapolis, IN 46227-5904** | | | 1/07 Personal Loan | | | | |

Sheet no.  12  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **13,633.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alfred Eugene Ryan, Jr.**                                    Case No. _____
_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 1,385.61 |
| Yehuda Diamond Co. C/O Rubin & Levin 500 Marott Center 342 Massachusetts Avenue Indianapolis, IN 46204<br><br>Yehuda Diamond Co. 590 Fifth Avenue *th Floor New York, NY 10036 | | | **2006 Business Product Purchases** | | | | |
| ACCOUNT NO. | X | J | | | | | 381.15 |
| Yellow Book C/O Rauch-Miliken International, Inc. P.O. Box 8390 Metairie, LA 70011-8390<br><br>Yellow Book 6300 C. Street, SW Cedar Rapids, IA 52404<br><br>Yellow Book P.O. Box 6448 Carol Stream, IL 60197-6448<br><br>Yellow Book P.O. 3162 Cedar Rapids, IA 52406-3162<br><br>Yellow Book 2560 Renaissance Blvd. King of Prussia, PA 19406 | | | **2006-2007 Business Advertising Expenses- Yellow Book** | | | | |

Sheet no. _13_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ⊳ $                    **1,766.76**

Total ⊳ $                    **131,642.64**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re:  **Alfred Eugene Ryan, Jr.** _____,        Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **Alfred Eugene Ryan, Jr.**                              Case No. _____
_____.                                        (If known)
                    **Debtor**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **AT &T**<br>**P.O. Box 650098**<br>**Dallas, TX 75265-0098** |
| **Marcia L. Ryan**<br>**7327 Acton RoD**<br>**Indianapolis, IN 46259** | **AT &T**<br>**P.O. Box 8112**<br>**Aurora, IL 60507-8112** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **AT &T**<br>**C/O Allied Interstate**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN  46259** | **Bank of New York**<br>**C/O Phillip A. Norman, P.C.**<br>**2110 North Calumet Avenue**<br>**Valparaiso, IN 46383** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Citifinancial**<br>**P.O. Box 6931**<br>**The Lakes, NV 88901-6931** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN  46259** | **Deutsche Bank Trust**<br>**C/O Dennis Ferguson -Attorney**<br>**2035 Reading Road**<br>**Cincinnati, OH 45202** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **DOC Keys & Sons Construction**<br>**C/O John S. Merlau- Attorney**<br>**P.O. Box 406**<br>**31 E. Main Street**<br>**New Palestine, Indiana 46163** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Erie Insurance**<br>**100 Erie Insurance Place**<br>**Erie, PA 16530** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Federated Insurance**<br>**P.O. Box 64304**<br>**St. Paul, MN 55164-0304** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Indianapolis Water**<br>**1220 Waterway Blvd.**<br>**P.O. Box 2330**<br>**Indianapolis, IN 46206** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN  46259** | **Johnson County Treasurer**<br>**Tax Processing Center**<br>**P.O. Box 7039**<br>**Indianapolis, IN 46207-7039** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Key Bank Business Card**<br>**P.O. Box 90004**<br>**Des Moines, IA 50368-90004** |

B6H (Official Form 6H) (12/07) -Cont.

In re:  **Alfred Eugene Ryan, Jr.**                                            Case No. _____
                                    Debtor                                                                  (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Key Bank Commercial Loan**<br>**P.O. Box 94525**<br>**Cleveland, OH 44101-4525** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Merchant Services**<br>**7300 Chapman Highway**<br>**Knoxville, TN 37920** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Pauls Auto & Tire Repair, Inc.**<br>**2525 North Oceana Dr.**<br>**Hart, MI 49420** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Times Leader Publications, LLC**<br>**301 Main Street**<br>**Beech Grove, IN 46107** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN  46259**<br><br>**Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN  46259** | **U. S. Bank**<br>**C/O ASC**<br>**P.O. Box 5106**<br>**Springfield, OH 45501-5106** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN  46259**<br><br>**Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN  46259** | **U.S. Bank**<br>**C/O SPS**<br>**P.O. Box 65450**<br>**Salt Lake City, UT 84165-0450**<br><br>**U.S. Bank**<br>**C/O ASC**<br>**P.O. Box 5106**<br>**Springfield, OH 45501-5106** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Vectren Energy Delivery**<br>**P.O. Box 6248**<br>**Indianapolis, IN 46206-6248** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Village Shops**<br>**1 Elm Tree Ct.**<br>**Greenwood, IN 46142** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Yehuda Diamond Co.**<br>**C/O Rubin & Levin**<br>**500 Marott Center**<br>**342 Massachusetts Avenue**<br>**Indianapolis, IN 46204** |
| **Marcia L. Ryan**<br>**7327 Acton Road**<br>**Indianapolis, IN 46259** | **Yellow Book**<br>**C/O Rauch-Miliken International, Inc.**<br>**P.O. Box 8390**<br>**Metairie, LA 70011-8390** |

B6I (Official Form 6I) (12/07)

In re **Alfred Eugene Ryan, Jr.**                                    Case No. _____

_____                                        _____
              Debtor                                                               (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Jeweler** | **Unemployed-Student** |
| Name of Employer | **Reis-Nichols** | |
| How long employed | **1 1/2 years** | |
| Address of Employer | **3535 W. 86th Street Indianapolis, IN** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **3,354.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ | **3,354.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and social security | $ | **737.88** | $ **0.00** |
|   b. Insurance | $ | **210.17** | $ **0.00** |
|   c. Union dues | $ | **0.00** | $ **0.00** |
|   d. Other (Specify)  **401(k)** | $ | **335.40** | $ **0.00** |
|      **Dental Ins.** | $ | **19.50** | $ **0.00** |
|      **Disability Ins.** | $ | **78.50** | $ **0.00** |
|      **Vision Ins.** | $ | **3.47** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,384.92** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,969.08** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **0.00** |
| 8. Income from real property | $ | **0.00** | $ **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ **0.00** |
| 13. Other monthly income (Specify)  **Adoption Subsidy** | $ | **684.78** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **684.78** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,653.86** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 2,653.86** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07) - Cont.**

**In re** **Alfred Eugene Ryan, Jr.** _____   **Case No.** _____
                           Debtor                                                         (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**$19.50 x 40 x 4.3** _____

B6J (Official Form 6J) (12/07)

In re **Alfred Eugene Ryan, Jr.**                                                                    ,        Case No. _____

                                    Debtor                                                                                (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 800.00 |
| a. Are real estate taxes included?     Yes _____     No ✓ | | |
| b. Is property insurance included?     Yes _____     No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 225.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 65.00 |
| d. Other **Cable/ Internet** | $ | 176.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 346.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 46.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 44.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Horse Feed, Hay, Vet, Farrier** | $ | 200.00 |
| **School Expenses** | $ | 50.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,872.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,653.86 |
| b. Average monthly expenses from Line 18 above | $ | 2,872.00 |
| c. Monthly net income (a. minus b.) | $ | -218.14 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
### Southern District of Indiana

In re  **Alfred Eugene Ryan, Jr.** _____,

_____ Debtor

Case No. _____

Chapter  _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       445.000.00 | | |
| B - Personal Property | YES | 3 | $        17.928.70 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $       383.118.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $         1,488.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $       131.642.64 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $         2.653.86 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $         2.872.00 |
| TOTAL | | 30 | $      462,928.70 | $      516,249.81 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Alfred Eugene Ryan, Jr.** _____ ,    Case No. _____

Debtor    Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,488.90 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 1,488.90 |

### State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,653.86 |
| Average Expenses (from Schedule J, Line 18) | $ 2,872.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

### State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $14,030.17 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,488.90 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $131,642.64 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $145,672.81 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Alfred Eugene Ryan, Jr.**                                          Case No. _____
                                                                                                  **(If known)**
                                        **Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **2/18/2008** _____                    Signature:  **/s/ Alfred Eugene Ryan, Jr.**  _____
                                                                                       **Alfred Eugene Ryan, Jr.**
                                                                                                          Debtor
                                                           [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:  **Alfred Eugene Ryan, Jr.** _____ ,          Case No. _____

                                              Debtor                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 31,605.98 | Dunkin's Diamonds | 2006 |
| 10,264.60 | Reis-Nichols | 2006 |
| 41,546.37 | Reis-Nichols | 2007 |
| 4,836.00 | Dunkin Diamonds | 2008 YTD 1/25/08 |
| 5,243.55 | Reis-Nichols | 2008 YTD 1/31/08 |

---

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| -17,519.00 | Rental Income | 2006 |
| -595.00 | Ryan Creations | 2006 |
| 1,263.00 | Ryan Creations, Inc. | 2007 |
| 7619.00 (net) | Rental Income- (Gross $16,100.00) | 2007 |
| -250.00 | Rental Income- Gross 0 | 2008 YTD |

2

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dr. Serbin**<br>**Urology of Indiana**<br>**5128 East Stop 11 Road**<br>**Indianapolis, IN 46237** | **1/15/08** | **722.74** | **0.00** |

None
☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐      the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Countrywide Home Loans et al.** **Vs.** **Alfred E. Ryan, Jr. et al.** **49D02-0706-MF-025450** | **Foreclosure** | **State of Indiana** **Marion County** **Marion County Court** | **Judgment** |
| **Deutsche Bank vs. Alfred Ryan, Jr., Marcia Ryan, et al.** **49D13-0711-MF-049126** | **Foreclosure** | **Marino County Superior Court** | **Pending** |
| **Bank of New York et at.** **Vs.** **Alfred E. Ryan, Jr. et al.** **49D11-0705-MF-021001** | **Foreclosure** | **State of Indiana** **County of Marion** **Marion Superior Court** | **Judgment** |
| **Doc Keys & Sons Construction** **Vs.** **Gene Ryan & Marcia Ryan** **49K06-0704-SC-01795** | **Notice of Claim** | **State of Indiana** **Marion County** **Marion County Small Claims Court** | **Judgment** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

## 5.  Repossessions, foreclosures and returns

None

☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Centra Credit Union P.O. Box 789 Columbus, IN 47202-0789** | **12/07** | **1998 RV FMV - $16,000.00** |
| **Centra Credit Union P.O. Box 789 Columbus, IN 47202-0789** | **12/07** | **2001 Ford F-150 Truck FMV $4,000.00** |
| **Citizen's Bank 33 N. Indiana Street Mooresville, IN 46158** | **9/07** | **2001 Mercedes FMV $15,000.00** |
| **U. S. Bank C/O ASC P.O. Box 5106 Springfield, OH 45501-5106** | **10/19/07 Sheriff Sale** | **1644 Nelson Ave. Indianapolis, IN fmv - $50,000.00** |
| **U. S. Bank C/O ASC P.O. Box 5106 Springfield, OH 45501-5106** | **11/7/07 Sheriff Sale** | **603 Orange Street Indianapolis, IN fmv - $50,000.00** |
| **U. S. Bank C/O ASC P.O. Box 5106 Springfield, OH 45501-5106** | **11/13/07 Sheriff Sale** | **1253 Cameron Street, Indianapolis, IN fmv - $50,000.00** |
| **U.S. Bank C/O ASC P.O. Box 5106 Springfield, OH 45501-5106** | **10/22/07 Sheriff Sale** | **1425 Terrace Ave., Indianapolis, IN fmv - $50,000.00** |

## 6.  Assignments and receiverships

None

☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

5

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRES OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ❑    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gary Dilk** **Attorney at Law** **608 East Market Street** **Indianapolis, IN  46202** | **3/4/07** | **$1,500.00; $299.00 Court costs; $100.00 Counseling fees; $1,101.00 attorney's fees.** |

## 10. Other transfers

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

## 18. Nature, location and name of business

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Ryan Creations, Inc. | 4280 | 229 N. Madison Ave. Greenwood, IN | Jewelry Repair/Sales | 1997 3/07 |

None ☑
b.         Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Thomas J. Masengale** **8130 S. Meridian St. #4C** **Indianapolis, IN  46217** | **2004-2007** |

None ☑
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Alfred E. Ryan, Jr.** | **7327 Acton Road** **Indianapolis, IN  46259** |
| **Marcia L. Ryan** | **7327 Acton Road** **Indianapolis, IN  46259** |

None ☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

9

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## 25. Pension Funds.

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☑       debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
        commencement of the case.

NAME  OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.


Date  **2/18/2008**                                Signature    **/s/ Alfred Eugene Ryan, Jr.**
                                                   of Debtor     **Alfred Eugene Ryan, Jr.**

Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:   **Alfred Eugene Ryan, Jr.**                                              Case No.   _____

                                                    Debtor                        Chapter    **7**   _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐   I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1.  **2004 Jeep Grand Cherokee Debtor's 1/2 share** | **Auto World of Greenwood** | | | | X |
| 2.  **7327 Acton Road, Indianapolis, IN 46259. Purchased 2001 for $198,000.00. Held as tenants by entirety. Refinanced on 4/26/04 for $258,400.00. 1 story; 3 br; 3 ba; 2 car gar; Debtor believes property now worth $325,000.000 based upon its condition and comparable sales. Assessor values property at $179,300.00; Parcel # 3005778. Debtor to surrender house. Foreclosure Judgment rendered on 10/29/07 for $262,517.77 plus costs and interests.** | **Bank of New York** | X | | | |
| 3.  **1560 E. Naomi Street Indianapolis, IN 46203. Purchased 9/2006 for $57,600.00. Held as tenants by entirety; 2 story; 3br; 1-1/2 ba; no gar; Debtor believes property now worth $50,000.00 based upon its condition and comparable sales; Assessor values property at $55,800.00; Parcel #1065928. Foreclosure Judgment rendered on 8/21/07 for $61,251.85 plus costs and interest. 49D02-0706-MF-025450** | **Country Wide Home Loans** | X | | | |

Form 8-Cont.
(10/05)

| | | | | | |
|---|---|---|---|---|---|
| 4. | 2348 Villa  Avenue, Indianapolis, IN 46203. Purchased 1998 for $55,000.00. Held at tenants by entirety. Refinanced 8/14/05 for $70,200.00. 1 story; 3 br; 1 ba; 1 car gar; Debtor believes property now worth $70,000.00 based upon its condition and comparable sales. Assessor values property at $43,500.00; Parcel # 1014834. Debtor to surrender house. Pending Foreclosure Case- 49D13-0711-MF-049126. | Deutsche Bank Trust | X | | |
| 5. | 7327 Acton Road, Indianapolis, IN 46259. Purchased 2001 for $198,000.00. Held as tenants by entirety. Refinanced on 4/26/04 for $258,400.00. 1 story; 3 br; 3 ba; 2 car gar; Debtor believes property now worth $325,000.000 based upon its condition and comparable sales. Assessor values property at $179,300.00; Parcel # 3005778. Debtor to surrender house. Foreclosure  Judgment rendered on 10/29/07 for $262,517.77 plus costs and interests. | GMAC Mortgage/ 1st Horizon Home Loan | X | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

**/s/ Alfred Eugene Ryan, Jr.**    **2/18/2008**

**Alfred Eugene Ryan, Jr.**
Signature of Debtor                    Date

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Indiana**

In re:    **Alfred Eugene Ryan, Jr.**                                      Case No. _____

                    Debtor                                      Chapter    **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                $    **1,101.00**

    Prior to the filing of this statement I have received                      $    **1,101.00**

    Balance Due                                                                $        **0.00**

2.  The source of compensation paid to me was:

    ☑  Debtor                        ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    ☑  Debtor                        ☐  Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
        my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
        attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
          a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]
          **Fees cover only paragraphs a, b, and c.**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **Any other services outside of paragraphs 5a, 5b and 5c. Such services to be charges at $185.00 per hour.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **2/18/2008**_____

                              **/s/Gary L. Dilk**_____
                              **Gary L. Dilk, Bar No.  4750-49**

                              **Gary L. Dilk, Attorney at Law**
                              Attorney for Debtor(s)

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Gary L. Dilk** | **/s/Gary L. Dilk**                2/18/2008 |
| Printed Name of Attorney | Signature of Attorney                        Date |

Address:

**Gary L. Dilk, Attorney at Law
608 East Market Street
Indianapolis, Indiana 46202**


**317-631-6866**

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice.

| | |
|---|---|
| **Alfred Eugene Ryan, Jr.** | X**/s/ Alfred Eugene Ryan, Jr.**        2/18/2008 |
| Printed Name of Debtor | **Alfred Eugene Ryan, Jr.** |
| | Signature of Debtor                        Date |

Case No. (if known)  _____